■ In the Matter of JOINT INDUSTRY BOARD OF THE ELECTRICAL INDUSTRY, Appellant, v JOHN R. NOLAN, as Secretary and Records Access Officer of the Board of Education of the City of New York, et al., Respondents.—Judgment, Supreme Court, New York County (William McCooe, J.), entered on or about May 8, 1989, unanimously affirmed, for the reasons stated by William McCooe, J. Respondents shall recover of appellant $250 costs and disbursements of this appeal. Concur—Kupferman, J. P., Asch, Kassal, Wallach and Rubin, JJ.

■ In the Matter of MURRAY WHITAKER, Admitted as MURRAY WIEDERKEHR, a Disbarred Attorney, for Reinstatement.—Motion, insofar as it seeks renewal, granted, and upon renewal the court adheres to its original determination; and the motion is otherwise denied. Concur—Murphy, P. J., Ross, Carro, Kassal and Smith, JJ.